UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA MARIE BOVO,

                    Plaintiff,

        v.

KING COUNTY SUPERIOR COURT, et al.,

                    Defendants.

CASE NO. 2:19-cv-01650-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Judge John C. Coughenour.

DATED this 17th day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge