THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO *et al.*, | CASE NO. C19-1650-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY SUPERIOR COURT *et al.*, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on what Plaintiff Angela Bovo has titled a "motion to update name to default resolution group, and motion to dismiss" (Dkt. No. 8). The motion is addressed to the King County Superior Court. (*Id.*) The motion refers to "the claim from US department of education to the private loan company Default Resolution Group." (*Id.* at 1.) The motion further asks the Court to "dismiss this claim without prejudice." (*Id.*) This motion appears to have been filed in error—neither the U.S. Department of Education nor Default Resolution Group are parties to this case. (*See* Dkt. No. 1-1 at 1.) The Court therefore DENIES Plaintiff's motion (Dkt. No. 8).

DATED this 20th day of July 2020.

1
2
3

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MINUTE ORDER
C19-1650-JCC
PAGE - 2