THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO *et al.*, | CASE NO. C19-1650-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY SUPERIOR COURT *et al.*, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Angela Bovo's "complaint for violation of civil rights" (Dkt. No. 14). Although titled a complaint, the document appears to be a motion for an extension of time to file an amended complaint. (*See id.* at 3–4.) The Court hereby GRANTS the motion and ORDERS that Plaintiff must file an amended complaint by August 31, 2020.

DATED this 7th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk