THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY SUPERIOR COURT, *et al.*, <br><br> Defendants. | CASE NO. C19-1650-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. Plaintiffs were granted leave to proceed *in forma pauperis* on October 17, 2019. (*See* Dkt. No. 3). That same day, Plaintiffs filed a complaint and a motion to appoint counsel. (*See* Dkt. Nos. 4–5.) On June 4, 2020, the Court reviewed Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and determined that it failed to state a claim upon which relief could be granted. (*See* Dkt. No. 7.) The Court directed Plaintiffs to file an amended complaint within 21 days. (*Id.* at 4.) Twenty-two days later, on June 26, 2020, Plaintiffs filed a document that the Court construed as a motion for an extension of time to file an amended complaint. (*See* Dkt. No. 13.) The Court granted the motion and extended Plaintiffs' deadline to file an amended complaint until July 31, 2020. (*See id.*). On August 4, 2020, Plaintiffs filed a document that the Court construed as a second motion for an extension of time to file an amended complaint. (*See* Dkt. No. 15.) The Court granted the motion and extended Plaintiffs' deadline to file an amended complaint until August 31, 2020. (*See id.*)

1  Plaintiffs failed to amend the complaint. Accordingly, for the reasons explained in the
2  Court's previous order, (Dkt. No. 7), the Court DISMISSES the complaint without prejudice and
3  without further leave to amend and DENIES Plaintiffs' motion to appoint counsel (Dkt. No. 5) as
4  moot. The Clerk is DIRECTED to close this case and to mail a copy of this order to Plaintiffs at
5  the address listed on the docket.

7  DATED this 9th day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE