THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO, *et al.*,<br><br>                    Plaintiffs,<br>       v.<br><br>KING COUNTY SUPERIOR COURT, *et al.*,<br><br>                    Defendants. | CASE NO. C19-1650-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' motion to continue (Dkt. No. 17) and recontinuation motion (Dkt. No. 18-1). Both motions appear to request that the Court reconsider its November 9, 2020 order dismissing Plaintiffs' claims without prejudice and without further leave to amend. (*See* Dkt. No. 16.) The Court declines to do so.

Plaintiffs were granted leave to proceed *in forma pauperis* on October 17, 2019. (*See* Dkt. No. 3). That same day, Plaintiffs filed a complaint and a motion to appoint counsel. (*See* Dkt. Nos. 4–5.) On June 4, 2020, the Court reviewed Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and determined that it failed to state a claim upon which relief could be granted. (*See* Dkt. No. 7.) The Court directed Plaintiffs to file an amended complaint within 21 days. (*Id.* at 4.) Twenty-two days later, on June 26, 2020, Plaintiffs filed a document that the Court construed as a motion for an extension of time to file an amended complaint. (*See* Dkt. No. 13.) The Court granted the motion and extended Plaintiffs' deadline to file an amended complaint

until July 31, 2020. (*See id.*) On August 4, 2020, Plaintiffs filed a document that the Court construed as a second motion for an extension of time to file an amended complaint. (*See* Dkt. No. 15.) The Court granted the motion and extended Plaintiffs' deadline to file an amended complaint until August 31, 2020. (*See id.*)

On November 9, 2020, over two months after Plaintiffs' twice-extended deadline to amend the complaint (and over four months after their original deadline), Plaintiffs still had not filed an amended complaint and the Court dismissed the complaint without prejudice and without leave to amend. (*See* Dkt. No. 16.) None of the documents Plaintiffs have filed since the Court's order dismissing the complaint remedy the deficiencies in the original complaint, nor do they provide good cause for Plaintiffs' failure to amend the complaint in a timely manner.

Accordingly, the Court DENIES Plaintiffs' motion to continue (Dkt. No. 17) and recontinuation motion (Dkt. No. 18-1). The Clerk is DIRECTED to mail a copy of this order to Plaintiffs at the address listed on the docket.

DATED this 11th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE